UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

STANLEY T. PETERSON,

        Petitioner,

vs.

I. BACA, et al.,

        Respondents.

3:12-CV-00552-RCJ-WGC

**ORDER**

On October 15, 2012, petitioner submitted a document styled "Habeas Corpus Memorandum in Support of Motion to Dismiss for Lack of Subject Jurisdiction" (ECF #1-1), without a petition for a writ of habeas corpus and the filing fee or an application to proceed *in forma pauperis*. Such document is insufficient to initiate a habeas corpus action in this court. As stated in Rule 1 of the Federal Rules of Civil Procedure, a civil action is commenced by filing a complaint, or in this case, a petition for writ of habeas corpus. Accordingly, this action must be dismissed without prejudice. If petitioner wishes, he may file a new action with a petition for a writ of habeas corpus on the court-approved form, and he shall include the filing fee or a completed application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** for failure to file a petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank petition for writ of habeas corpus form with instructions as well as an application to proceed *in forma pauperis* with instructions.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

Dated this 14th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE